UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAAC HASHI,<br><br>        Plaintiff,<br><br>   v.<br><br>JOHN DOE,<br><br>        Defendant. | Case No. 25-cv-03009-RFL (PR)<br><br>**ORDER OF DISMISSAL** |

      Plaintiff Isaac Hashi has failed to comply with the Clerk's Notices to (1) file a complaint, and (2) file an application to proceed in forma pauperis (IFP) or submit payment for the full filing fee. Accordingly, this federal suit is DISMISSED (without prejudice) for failing to comply with the Clerk's Notices and under Federal Rule of Civil Procedure 41(b) for failure to prosecute.

      Because this dismissal is without prejudice, Plaintiff may move to reopen the suit. Any motion to reopen must (i) have the words MOTION TO REOPEN written on the first page; and (ii) be accompanied by a complaint and either a complete IFP application or full payment for the $405.00 filing fee.

      The Clerk shall enter judgment in favor of defendant, and close the file.

      **IT IS SO ORDERED.**

**Dated:** May 22, 2025

                                                               RITA F. LIN<br>
                                                  United States District Judge